**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DISABILITY ADVOCATES AND**
**COUNSELING GROUP, INC. and**
**STEVEN BROTHER,**

                **Plaintiffs,**

**-vs-**                                          **Case No.  6:04-cv-327-Orl-31JGG**

**4SK, INC. d/b/a Best Western - Altamonte**
**Springs,**
                **Defendant.**
_____

# ORDER

Upon consideration of the parties' Joint Motion for Approval of Settlement Agreement Reached at Mediation (Doc.78), and the Court having reviewed the Joint Motion, the Settlement Agreement and the other pleadings and papers filed in this cause, and being advised that the parties hereto seek the dismissal of this action with the Court approving the Settlement Agreement and retaining jurisdiction for the enforcement of the Settlement Agreement entered and for consideration of Plaintiffs' application for attorney's fees, litigation expenses and costs, it is hereby

    **ORDERED** that:

    1.    This matter is hereby dismissed, subject to the provisions hereof.

    2.    The Motion for Approval of the Settlement Agreement (Doc. 77) is GRANTED. This Court has reviewed and approves the Settlement Agreement entered into by the parties, attached as Exhibit "A" to the Motion, and directs the parties to comply with the terms thereof.

The Court retains jurisdiction over this matter for a period of one year for the purpose of enforcement of the Settlement Agreement and for consideration of Plaintiffs' application for attorney's fees, litigation expenses and costs.

3. Any pending motions are hereby DENIED as moot.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 15, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party